**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-21030
Summary Calendar

SURESH SAWANT,

Plaintiff-Appellant,

VERSUS

SHELL OIL COMPANY, SUCCESSOR OF SHELL DEVELOPMENT COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Texas
(H-96-CV-2796)

September 21, 1998

Before DAVIS, BENAVIDES and PARKER, Circuit Judges.

Per Curiam[*]:

Suresh Sawant appeals the judgment of the district court granting Shell Oil Co. summary judgment on his Title VII discrimination claim. After carefully reviewing the record and briefs of the parties, the court concludes that the district court did not err in granting summary judgment. Accordingly, the judgment of the district court is affirmed.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.